UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHONDEL LAMAR LARKIN, | ) | NO. CV 09-1552-DSF(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| JAMES YATES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: 3/16/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE